[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 2, 2008
THOMAS K. KAHN
CLERK

_____

No. 05-16990

_____

D.C. Docket No. 90-10037-CV-KMM

FLORIDA KEY DEER (Odocoileus virginianus clavium),
NATIONAL WILDLIFE FEDERATION, et al.,

Plaintiffs–Appellees,

versus

R. DAVID PAULISON, in his official capacity as
Acting Director of The Federal Emergency Management
Agency, an Agency of the United States of America, et al.,

Defendants,

MONROE COUNTY,

Movant–Appellant.

_____

No. 06-11129

_____

D.C. Docket No. 90-10037-CV-KMM

FLORIDA KEY DEER, (Odocoileus virginianus clavium),
NATIONAL WILDLIFE FEDERATION, et al.,

Plaintiffs–Appellees,

versus

R. DAVID PAULISON, in his official capacity as
Acting Director of The Federal Emergency Management
Agency, an agency of the United States of America, etc.,

Defendants,

BAYVIEW DEVELOPMENT, LLC,
SLICE OF PARADISE, LLC, et al.,

Movants–Appellants.

_____

Appeals from the United States District Court<br>
for the Southern District of Florida<br>
_____

**(April 2, 2008)**

Before ANDERSON and BARKETT, Circuit Judges, and TRAGER,[*] District Judge.

PER CURIAM:

A number of putative intervenors[1] appeal from the district court's denials of their motions to intervene in this case. We find no error and have resolved the merits of the underlying dispute. See Fla. Key Deer v. Paulison, No. 05-16374

---

[*] Honorable David G. Trager, United States District Judge for the Eastern District of New York, sitting by designation.

[1] The putative intervenors are Monroe County and over fifty owners of property within Monroe County.

2

(11th Cir. Apr. 1, 2008). We note, however, that we affirm without prejudice to the intervenors' ability, should they choose to do so, to file new motions to intervene with reference to the district court's future consideration of the recently proposed "reasonable and prudent alternatives" that the Federal Emergency Management Agency adopted.

**AFFIRMED**.